JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL ALEXANDER HODGE,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00093-KJD-BNW<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Benjamin F. Nemec, Assistant Federal Public Defender, counsel for Paul Alexander Hodge, ("Hodge"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for January 23, 2024 at 10:30 a.m., be continued and reset to a date and time convenient to this Court, but not sooner than 60 days from the current hearing date for the following reasons:

　　　　1.　　On or about December 14, 2023, Hodge appeared on a criminal Complaint alleging that he committed Covid-19 Relief Funds Bank Fraud, a violation of 18 U.S.C. §

1344(2), and was released on conditions pending a preliminary hearing, which is presently scheduled for March 4, 2024.

2. On or about December 14, 2023, a petition seeking to revoke Hodge's supervised release was filed and a summons issued. On or about December 28, 2023, Hodge appeared on the petition and was released pending a revocation hearing on January 23, 2024 at 10:30 am before this Court.

3. The parties have agreed to continue the supervised release revocation hearing for at least 60 days. The parties have agreed to try to negotiate a global resolution to include the revocation violations[1] and the fraud matter. Assistant Federal Public Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4. If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5. The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which to adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request,

/ / /
/ / /
/ / /

---

[1] On or about December 13, 2023, a petition seeking to revoke Hodge's supervised release was also filed and a summons issued setting an initial appearance on December 28, 2023 at 2:30 p.m. in case number 2:21-cr-00200-RFB-VCF. Hodge was released pending a revocation hearing, which is set for March 5, 2024, at 2:30 pm.

2

outweigh the best interest of the public and the defendant in a speedy hearing.

8. This is the first stipulation to continue the hearing.

DATED this 19th day of January, 2024.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Benjamin F. Nemec*<br>By_____<br>Benjamin F. Nemec<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL ALEXANDER HODGE,<br><br>　　　　Defendant. | Case No. 2:21-CR-00093-KJD-BNW<br><br>**Findings of Fact, Conclusions of Law and Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about December 14, 2023, Hodge appeared on a criminal Complaint alleging that he committed Covid-19 Relief Funds Bank Fraud, a violation of 18 U.S.C. § 1344(2), and was released on conditions pending a preliminary hearing, which is presently scheduled for March 4, 2024.

2. On or about December 14, 2023, a petition seeking to revoke Hodge's supervised release was filed and a summons issued. On or about December 28, 2023, Hodge appeared on the petition and was released pending a revocation hearing on January 23, 2024, at 10:30 am before this Court.

3. The parties have agreed to continue the supervised release revocation hearing for at least 60 days. The parties have agreed to try to negotiate a global resolution to include the revocation violations and the fraud matter. Assistant Federal Public Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4

4. If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5. The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time within which to adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

8. This is the first stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for January 23, 2024, be vacated and continued to a date and time convenient to this Court, that is on Tuesday, March 26, 2024, at the hour of 10:30 a.m. in courtroom 4A.

DATED this 19th day of January 2024.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE